# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: **JACK B. SCHEMETTERER**

Hearing Date: June 23, 2016

Bankruptcy Case: 16 B 06369

Adversary No.:

Title of Case: In re: MCK Millenium Centre Retail LLC

Brief Statement of Motion: Agreed Motion for an Interim Order Authorizing Use of Cash Collateral, Granting of Adequate Protection, and Scheduling a Final Hearing (docket no. 71)

Names and Addresses of moving counsel:

Representing:

## ORDER

**IT IS HEREBY ORDERED that:**

Hearing concluded having been mooted by a final order.

By: *Jack B. Schmetterer*