**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MCK Millennium Centre Retail LLC | ) | Chapter 11 |
|     Debtor | ) | |
| | ) | Case No.  16-06369 |
| | ) | |
| | ) | Hon. Jack B. Schmetterer |

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that on Friday, October 21, 2016, at the hour of 10:30 a.m., I shall appear before the Honorable Jack B. Schmetterer or any judge sitting in his stead, in Courtroom 682 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois and then and there present DEBTOR'S 2nd MOTION TO EXTEND CASE RESOLUTION DEADLINE AND USE OF CASH COLLATERAL UNDER FINAL CASH COLLATERAL ORDER AND TO SHORTEN NOTICE which is attached.

                                        Respectfully submitted,

                                        By: /s/ Jonathan D. Golding
                                        Attorney for the Debtor

Jonathan D. Golding, Esq. (ARDC# 6299876)
THE GOLDING LAW OFFICES, PC
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel: (312) 832-7892
Fax: (312) 755-5720
Email: jgolding@goldinglaw.net

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a copy of the attached DEBTOR'S 2nd MOTION TO EXTEND CASE RESOLUTION DEADLINE AND USE OF CASH COLLATERAL UNDER FINAL CASH COLLATERAL ORDER AND TO SHORTEN NOTICE with attached proposed order to be filed with the Clerk of the U. S. Bankruptcy Court, Northern District of Illinois, using the CM/ECF filing system on this October 20th, 2016, served by electronic mail to registered parties:

VIA ECF:

MLMT 2005-MKB2 Millenium Centre Ret
c/o Bryan Cave LLP
donald.cole@bryancave.com
leslie.bayles@bryancave.com

Paul Tsakiris
c/o Howard L. Teplinsky
Beermann Pritikin Mirabelli Swerdlove
hteplinsky@beermannlaw.com

/s/Jonathan D. Golding

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MCK Millennium Centre Retail LLC | ) | Chapter 11 |
|     Debtor | ) | |
| | ) | Case No.  16-06369 |
| | ) | |
| | ) | Hon. Jack B. Schmetterer |

**2nd MOTION TO EXTEND CASE RESOLUTION DEADLINE AND USE OF CASH COLLATERAL UNDER FINAL CASH COLLATERAL ORDER AND TO SHORTEN NOTICE**

NOW COMES MCK Millennium Centre Retail LLC, Debtor and Debtor-In-Possession, by and through its attorneys, The Golding Law Offices, P. C., and moves the Court for the entry of an order extending the Case Resolution Deadline and the use of Cash Collateral under the Final Cash Collateral Order, and to shorten notice, and in support thereof states as follows:

1. On June 23, 2016, a certain Stipulation and Final Order (I) Authorizing Use of Cash Collateral Pursuant To 11 U.S.C. §§ 363 and 364, and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364 (the "Final Cash Collateral Order") [Doc. 102] attached hereto as Exhibit A and made a part hereof.

2. The terms herein shall have the same meaning as defined in the Final Cash Collateral Order unless otherwise indicated.

3. Under the terms of that agreement, the Debtor and the Lender stipulated as follows:

> Case Resolution Deadline. On or before October 14, 2016 (the "Case Resolution Deadline"), time being of the essence, Debtor's bankruptcy case shall be resolved by one of the following (each, a "Case Resolution Event"):
>
>    a. The closing of a cash sale of the Collateral to a third party purchaser, with the payment in full in cash of the Allowed Lender Claim at the closing of such sale;

3

      b. The closing of a sale of the Collateral to Lender pursuant to a credit bid by Lender; or

      c. The closing of a refinancing of the Loan with net proceeds sufficient to pay the Allowed Lender Claim in full in cash at the closing of such refinancing.

4.     The Court has previously extended the Case Resolution Deadline to October 21, 2016 [Doc. #127].

5.     The Debtor has been negotiating a new loan with SP-Ontario Loan LLC, ("SP") which has been submitted to this Court for approval by separate motion.

6.     Special Real Estate Counsel for the Debtor has been hospitalized this week and is unreachable by phone or by email. This has left Debtor's Counsel and SP's Counsel scrambling to finalize the loan documents and complete other closing requirements such as the title commitment. In addition, the terms of the personal guarantees have not been finalized.

7.     This resulted in the filing of the loan documents on very short notice, which has given the U.S. Trustee and this Court very little time for review. The U.S. Trustee has raised concerns with the proposed order and has asked that the Debtor continue the hearing on the refinancing motion.

8.     Given the possibility that the refinancing may not be approved prior to the Case Resolution Deadline, the Debtor hereby requests that this honorable Court modify the Final Cash Collateral Order by extending the Case Resolution Deadline from October 21, 2016 through October 28, 2016, and extending the Debtor's right to use the Cash Collateral as described in the Final Cash Collateral Order to midnight on October 28, 2016.

9.     No other modification to the Final Cash Collateral Order is sought hereby.

10.     Authority for the relief sought herein arises pursuant to Fed. R. Bankr. P. 9006(b)(1).

11.     The Debtor asks that notice of this motion be shortened to permit presentment on October 21, 2016.

WHEREFORE Debtor MCK Millennium Centre Retail LLC prays for entry of an order (i) modifying the Final Cash Collateral Order by extending the Case Resolution Deadline from October 21, 2016 through October 28, 2016; (ii) extending the Debtor's right to use the Cash Collateral as described in the Final Cash Collateral Order to midnight on October 28, 2016; (iii) deeming shortened notice of this motion to be adequate; and (iv) for any such other relief as this Court may deem just.

        Respectfully submitted,

        MCK MILLENNIUM CENTRE
        RETAIL LLC

        /s/ Jonathan D. Golding
        Jonathan D. Golding
        One of the Attorneys for the Debtor

Jonathan D. Golding, Esq. (ARDC 6299876)
THE GOLDING LAW OFFICES, P.C.
500 N. Dearborn Street, 2nd Flr.
Chicago, IL 60654
Tel: (312) 832-7892
Fax: (312) 755-5720
Email: jgolding@goldinglaw.net