UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: **JACK B. SCHEMETTERER**
Hearing Date: June 6, 2017
Bankruptcy Case: 16-06369
Adversary No.:
Title of Case: In re: MCK Millennium Centre Retail, LLC

Brief Statement of Motion: Order of Court

Names and Addresses of moving counsel: See Attached Service List

Representing:

## ORDER

**IT IS HEREBY ORDERED that:**

Trial scheduled to begin on June 15 at 1:30 P.M. in courtroom 682 pursuant to Final Pre-Trial Order dated March 3, 2017 (Dkt. No. 202) is cancelled.

By: /s/ Jack B. Schmetterer